798 A.2d 1276

In Re ESTATE OF Stephen X. STEPHANO, Deceased.

Appeal of Daniel Stephano Successor Trustee of the Trust
Under Will of Stephen X. Stephano, Deceased.

Supreme Court of Pennsylvania.

June 18, 2002.

Thomas A. Boulden, Norristown, for Daniel Stephano.

John Ellery Jennings, Norristown, for Stephen & Nicholas Pistolakis.

Michael H. Hynes, Norristown, for Penelope A. Blechstein.

Clifford Scott Meyer, for Penelope Turak.

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NIGRO, dissents.